IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 14 C 8351 |
| MIDWEST UNDERGROUND | ) | |
| CONTRACTORS, LLC, an Illinois | ) | JUDGE JORGE LUIS ALONSO |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MIDWEST UNDERGROUND CONTRACTORS, LLC, an Illinois limited liability company, in the total amount of $27,928.01, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,130.25.

Further, Plaintiffs move for the entry of an order directing Defendant to obtain and furnish to the Plaintiffs a bond in the amount of $5,000.00, which has been determined by the Plaintiffs to be consistent with the anticipated future obligations of the Defendant, with reputable surety thereon and the Plaintiffs as obligees thereunder.

On October 29, 2014, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his secretary, Lisa Biggins) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 19, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\FVLJ\Midwest Underground\motion.cms.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>8th</u> day of <u>April 2015</u>:

      Mr. Ron Magee, Registered Agent
      Midwest Underground Contractors, LLC
      20856 Rand Road
      Kildeer, IL 60010

                /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\FVLJ\Midwest Underground\motion.cms.df.wpd